CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No**. 2:14-CV-02272-JAM-AC |
| Plaintiff, | ORDER FOR STIPULATION SETTING ASIDE DEFAULT OF ROBERT MATTESICH |
| v. | |
| **Robert Mattesich**, in his individual and representative capacity as Trustee--The Robert Mattesich 2010 Trust; **Jdbamr, LLC**; and Does 1-10, | |
| Defendants | |

The Clerk's Entry of Default entered on November 19, 2014 as to Robert Mattesich is herby set aside.

IT IS SO ORDERED.

Dated: March 31, 2015          /s/ John A. Mendez
                               HONORABLE   JOHN   A.   MENDEZ