**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 2:14-cv-02272-JAM-AC |
| Plaintiff, | ) **ORDER EXTENDING TIME TO** ) **RESPOND TO COMPLAINT** |
| vs. | ) |
| ROBERT MATTESICH, in his individual and representative capacity as Trustee--The Robert Mattesich 2010 Trust; JDBAMR, LLC; and DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:  Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby grants Defendant Jdbamr, LLC an extension to respond or otherwise plead reference to Plaintiff's complaint.  Jdbamr, LLC's response is now due on May 22, 2015.

**IT IS SO ORDERED.**

Dated: 5/14/2015                    /s/ John A. Mendez_____
                                    Honorable John A. Mendez
                                    United States District Court Judge