UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:14-CV-02272-JAM-AC |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT MATTESICH, in his individual and representative capacity as Trustee--The Robert Mattesich 2010 Trust; JDBAMR, LLC; and Does 1-10, | |
| Defendants. | |

## **ORDER**

Defendant Robert Mattesich is hereby ordered dismissed with prejudice.

Dated: May 19, 2016    /s/ John A. Mendez
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE