UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>ROBERT MATTESICH, in his individual and representative capacity as Trustee--The Robert Mattesich 2010 Trust; JDBAMR, LLC; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02272-JAM-AC<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 14, 2016   /s/ John A. Mendez
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE